UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITE COAT WASTE PROJECT,

    Plaintiff,

    v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

Civil Action No. 24-0103 (JEB)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Mar. 25, 2025), Plaintiff White Coat Waste Project and Defendant Department of Health and Human Services, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") to apprise the Court of the status of the thirty-three Freedom of Information Act requests at issue in this case, which the following chart reflects:

| FOIA # | Request Description | Status | Position in Queue |
|---|---|---|---|
| 56366 | Emmie de Wit records from 1/1/2015-present (IACUC protocols, budgets, acquisition and disposition records, OLAW reports, videos and photographs | Search complete 562 pages | 139 |
| 57226 | all email communications from any nih.gov email with any of the following keywords: White Coat Waste, WCW, WCWP, Anthony Bellotti, Justin Goodman, Whitecoatwaste.org from 9/1/2016 through present; amended to 11 individuals and 1/1/2020 – present (this request was placed on hold and re-inserted into the queue when it came off hold) | Search complete 39,394 pages | 400 |
| 58317 | a copy of the following documents related to the WIV: All correspondence with State Department regarding WIV and all emails, attachments, memos and reports to the state department | Case remains open, in queue for | 287 |

| | | processing | |
|---|---|---|---|
| 59161 | Documents related to Catoctin Wildlife Preserve and/or Global Wildlife trust (1/1/2016 - present): Solicitations, contracts, MOUs, service requests, purchase orders, acquisition, disposition and/or transportation records of any animals sourced from either organization.  Also: correspondence between NIAID custodians Emmie de Wit and Rachel LaCasse and either organization 1/1/2016 - 1/1/2019 | Search complete | |
| 59162 | records related to NIAID protocol ASP 2016-021E: IACUC approved protocols with appendices, secondary reviews and amendments, video and photos, IACUC and IBC meeting minutes, non-compliance reports, acquisition, disposition, and complete vet records of any animal on protocol. Vincent Munster's bat protocol | Search complete 59 pages | 341 |
| 59237 | reports, white papers and correspondence related to the design, development and conduct of risk benefit assessments for coronavirus research from Christopher Viggiani and Marino O'Reilly (10/1/2014 - 1/31/2017 | Search complete 58,706 pages | 345 |
| 59142 | NIAID grants R01AI159945 (Loyola) and R37AI087846 (Cleveland Clinic): funding applications, renewals, progress reports and amendments, correspondence from 1/1/2020 to present | Search complete 460 pages | 338 |
| 59504 | NIH grant R01AI104887 (U Penn) 1/1/2019-present: applications, renewals, amendments and progress reports | Search complete 115 pages | 365 |
| 59624 | a copy of records related to U01AI153420, "study of Nipah Virus dynamics and genetics in its bat reservoir and of human exposure to NiV across Bangladesh to understand patterns of human outbreaks: applications renewals and amendments, disbursement records, correspondence" | Search complete 7894 pages | 370 |
| 59716 | records for contract 75N92019C00010: correspondence, contract and SOW, IACUC approved protocols, submission to the COR, procurement and shipping records for all animals, videos and photos, animal welfare non-compliance reports | Search complete 1,557 pages | 379 |

| 59758 | training materials, sops, memos and guidelines related to processing of FOIA requests related to COVID-19, and a summary of requests that have been impacted by it | Search complete  16 pages | 382 |
|---|---|---|---|
| 59929 | records related to NIAID grant R01AI110964: accounting records and/or ledger, peer review, funding announcements, section D of every progress report | closed | |
| 60123 | records related to NIAID 2R01AI110964 to EHA: applications, renewals, amendments, disbursement records, correspondence between EHA and NIH and any correspondence related to P3CO review | Search complete  2,271 pages | 430 |
| 60133 | correspondence, memos, presentations and briefing papers related to the PHS Assurance of WIV from 1/1/2023 to present from Patricia Brown, Axel Wolff, Jane Na and Paula Knapp | Search complete  77 pages | 435 |
| 60686 | all records related to the peer review of R21AI130485, R01AI110964, U01AI151797, R01AI163118, U01AI153420, | Search complete  83 pages | 502 |
| 60830 | records related to R01AI163118: FSRS reporting submitted to NIAID, subaward agreements submitted, facility inspection reports, biosafety incident reports, semi-annual progress reports, research performance progress reports and federal financial reports | Search complete  267 pages | 520 |
| 60864 | 5 most recent biosafety committee meeting minutes at RML and 5 most recent IACUC meeting minutes at RML | Search complete  96 pages | 522 |
| 60865 | 5 most recent biosafety committee meeting minutes at RML | Closed, aggregated with 60864 | |
| 58362 | correspondence and animal records provided to or obtained by Amber Snyder, NIH Record Editorial Intern, related to her research into animal retirement and/or adoption of laboratory animals for her November 26, 2021 NIH Record article, "Animal Care Workers Appreciated on Director's Gratitude Tour Call" | Search complete  83 pages | 295 |

| 59711 | Copies of the following for R01AI171971: grant applications, renewals and amendments, correspondence regarding the grant, animal welfare non-compliance reports, video and photos and progress reports. Combined with 59712: for AI000923 and AI001334: IACUC approved protocols, including reviews and amendments, animal welfare non-compliance reports, video and photos, progress reports and PI correspondence related to collaboration in foreign countries (for this second request date range 1/1/2017 to present) | Search complete 387 pages | 378 |
|---|---|---|---|
| 59330 | records related to OD010939: grant applications, renewals and amendments, correspondence related to the grant, progress reports from 1/1/2020 to present | Search complete 193 pages | 352 |
| 59332 | records related to AR071975 and AR069619: applications, renewals and amendments, correspondence related to the grants and progress reports from 1/1/2020 to present | Search complete 3,138 pages in FX | 353 |
| 59689 | correspondence related to dog experiments between Shaden Kamhawi or Jesus Valenzuela and the Fundacao Oswaldo Cruz in Brazil from 1/1/2018 to present | closed | |
| 59717 | records related to NIAID contract 75N98022F00005: correspondence related to the contract, contract and SOW, IACUC approved protocols, submissions to the COR, procurement and shipping records for all animals obtained under the contract, video and photos, OLAW reports | Search is complete | 380 |
| 59774 | IACUC meeting minutes between 4/11/22 and present related to protocols CCM 19-01 and CCM 19-04 | Search complete 3 pages | 384 |
| 59782 | All correspondence between NIH staff (Christine Jessup, Timothy Gondre-Lewis, Renate Myles, Judy Coan-Stevens, NIAID media inquiries) and the University of Iowa related to dog experiments between 11/1/2022 and present | Search complete No records | 386 |
| 60251 | records related to contract 75N98023P01001: contract and SOW, IACUC approved protocols, procurement and shipping records for animals obtained under contract, acquisition and disposition records for animals obtained under contract, video and photos, OLAW reports | Search complete 22 pages | 446 |

| 60421 | records related to use of cats at NIH: a census of all cats currently in NIH's possession for use in the intramural labs, procurement and acquisition records for all cats, and photographs and video of all cats at NIH | Search complete no records | 470 |
|---|---|---|---|
| 60633 | records related to grant OT2OD030537: funding applications, renewals and amendments, disbursement records, the 3 most recent progress reports | Search complete 240 pages | 496 |
| 60634 | Active Clinical Center IACUC approved protocols where at least one dog is required | Search complete 69 pages | 497 |
| 60793 | complete and most recent version of a number of NIMH protocols | Search complete 685 pages | 519 |
| 60813 | records related to contract 75N93020D00008: contract and SOW, IACUC approved protocols, submissions to the COR, procurement and shipping records for all animals obtained under the contract, videos and photos, OLAW reports | closed | |
| 60866 | records related to contract 75N93019D00032: contract and SOW, IACUC approved protocols, submissions to the COR, procurement and shipping records for all animals obtained under the contract, videos and photos, OLAW reports | closed | |

Plaintiff has requested that Defendant prioritize the processing of requests 59332, 59711, 59774, 60634, 60251, 59782, 60421, 60633, 59330, 58362 and 59758, in that order, ahead of any other requests in the queue for this litigation. Plaintiff also requested that Defendant alter their position in the queue, which cannot be altered, so the stated queue position remains the same. Defendant will process the above requests first in the context of this litigation, ahead of the remaining cases in this litigation. The parties respectfully propose that this Court direct them to file an additional JSR by September 24, 2025.

\*   \*   \*

Dated: June 24, 2025

/s/_____
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/_____
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

6